# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
## MONROE DIVISION

**EVELYN VASQUEZ VEGA #A240-683-439**   **CASE NO.  3:26-CV-00301 SEC P**

**VERSUS**                                **JUDGE JAMES D. CAIN, JR.**

**PAMELA BONDI ET AL**                    **MAGISTRATE JUDGE HORNSBY**

### JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after an independent review of the record, determining that the findings are correct under the applicable law, and considering the absence of objections to the Report and Recommendation in the record;

**IT IS ORDERED, ADJUDGED AND DECREED** that the instant petition is **DENIED** and **DISMISSED WITHOUT PREJUDICE** for failure to prosecute under Federal Rule of Civil Procedure 41(b) and the court's inherent power to control its own docket.

**THUS DONE AND SIGNED** in Chambers this 29th day of April, 2026.

JAMES D. CAIN, JR.
UNITED STATES DISTRICT JUDGE